UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21745-CIV-GRAHAM/O'SULLIVAN

CHARLES SCHWAB & CO.,
INC.,
    Plaintiff,
v.

JAVIER AVILES,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff Charles Schwab & Co., Inc.'s Motion for a Temporary Restraining Order, Preliminary Injunction and Expedited Discovery (DE# 3, 7/6/07). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the plaintiff's request for expedited discovery is **GRANTED**.

The plaintiff argues that it is entitled to expedited discovery pursuant to the 2004 and 2007 Agreements between the parties. See Plaintiff Charles Schwab & Co., Inc.'s Motion for a Temporary Restraining Order, Preliminary Injunction and Expedited Discovery (DE# 3 at 1-2, 7/6/07). In both Agreements, paragraph 12 states that: "The parties agree to expedited discovery, including depositions, in connection with any proceeding alleging breach of this Agreement, whether or not the laws of the jurisdiction or the applicable rules of arbitration procedure imposed by a regulatory body or by agreement provide for such expedited discovery." See Complaint (DE# 1 at Exhibits A and B, 7/6/07). In his response memorandum, the defendant does not address the plaintiff's request for expedited discovery. See Defendant's Memorandum of Law in Opposition to Plaintiff Charles Schwab & Co., Inc.'s Motion for a Temporary

Restraining Order, Preliminary Injunction and Expedited Discovery (DE# 10, 7/12/07).

Local Rule 7.1(C) provides in part that:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default.**

S.D. Fla. L.R. 7.1(C) (emphasis added). Although the defendant's response memorandum was timely filed, the defendant did not object to, or even address, the plaintiff's request for expedited discovery.

The Court finds that discovery should be expedited in the instant case based on the terms of the 2004 and 2007 Agreements and the defendant's failure to object to the plaintiff's request for expedited discovery. **The parties may commence expedited discovery, including ten (10) requests for production of documents per party and depositions.**

DONE AND ORDERED, in Chambers, at Miami, Florida this **31st** day of July, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Graham
All counsel of record